May 25, 2017

Judge Lucy Koh
Ninth Circuit United States Court
280 South 1St. Street
San Jose, California 95113

**FILED**

JUN 0 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re:   Cyber Criminal Ross Colby

I am writing because this person has destroyed my life through his criminal cyber activity. When he hacked into the Embarcadero Media sites, he hacked into my sbcglobal.net email account.

He used my email address to send emails to people in my address book. The emails he sent were repugnant and extremely criminal.

It was necessary that I delete 25,000 emails in my data base and delete my entire address book data.

I have never recovered from that hack.

*Michael Austin* (signature)
Michael Austin
[redacted]